UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| JAY WILLIAMS, etc., et al., | ) | CV 08-6147 AHS (ANx) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AZOOGLEADS.COM, INC., etc., et al. | ) | ORDER AND FINDINGS OF FACT FOR PRELIMINARY INJUNCTION AGAINST DEFENDANTS |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiffs Jay Williams, William Martin, and Shaun McCracken (collectively, "plaintiffs") Application for Preliminary Injunction Against Defendants Azoogleads.com, Inc., dba Azoogleads US, Inc., and Azoogle.com (collectively, "Azoogle") came before the Court.

The Court, having received no opposition thereto, hereby grants Plaintiffs' Application and orders as follows:

//

//

IT IS HEREBY ORDERED THAT:

Defendants are prohibited and enjoined from proceeding with arbitration in New York or any other jurisdiction against plaintiffs.

IT IS FOUND THAT:

Plaintiffs are not parties to the contract and, therefore, not parties to the arbitration agreement. AAA does not have the authority to determine arbitrability issues of whether plaintiffs could be subjected to the arbitration agreement under any theory.

Plaintiffs are ordered to post a bond or provide a security, as required by Rule 65(c) of the Federal Rules of Civil Procedure, in the amount of $7,500. This Preliminary Injunction shall become effective upon posting of the bond required by this Court.

THE FOREGOING IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on all parties in this action.

DATED: October 14, 2008.

_ALICEMARIE H. STOTLER_
ALICEMARIE H. STOTLER
CHIEF U.S. DISTRICT JUDGE