JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| JAY WILLIAMS, et al., | ) | CV 08-6147 AHS (ANx) |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | ORDER DISMISSING ACTION WITH PREJUDICE |
| AZOOGLEADS.COM, INC., et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

On May 12, 2009, the parties filed a stipulation regarding dismissal of this action. On May 14, 2009, pursuant to the parties' stipulation, the Court ordered that (1) defendant Azoogleads.com, Inc. ("defendant") dismiss all claims against defendants Jay Williams, William Martin, and Shaun McCracken asserted in a pending arbitration; and (2) within five days of filing proof of such dismissal, the Court shall dismiss the instant action with prejudice, with each party bearing its own fees and costs. On June 15, 2009, defendant filed "Proof of Dismissal of

1 | Arbitration."
2 |     Having read and considered defendant's June 15, 2009
3 | filing, and pursuant to the Court's May 14, 2009 Order,
4 |     IT IS HEREBY ORDERED THAT:
5 |     The above-entitled action is dismissed with prejudice.
6 | Each party shall bear its own fees and costs.
7 |     IT IS FURTHER ORDERED that the Clerk shall serve a copy
8 | of this Order on counsel for all parties in this action.
9 |     DATED: June 16, 2009.

11 |     *ALICEMARIE H. STOTLER*
   |     ALICEMARIE H. STOTLER
12 |     U.S. DISTRICT JUDGE

2